# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA

v.

JOHN CARL WILS.

**MAGISTRATE JUDGE KEYS**

CRIMINAL COMPLAINT

CASE NUMBER: **07CR 713**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __October 9, 2007__ in __Cook County__ county, in the __Northern__ District of __Illinois__ defendant(s) did, (Track Statutory Language of Offense)

take, by force and violence, or by intimidation, approximately $2,310 in United States Currency belonging to, and in the care, custody, control, management, and possession of a bank, namely, the Plaza Bank branch located at 379 South River Road in Des Plaines, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation,

in violation of Title __18__ United States Code, Section(s) __2113(a)__.

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following facts:
*Official Title*

Continued on the attached sheet and made a part hereof:  X  Yes  ___ No

**FILED**
OCT 3 1 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__October 31, 2007__        at    __Chicago, Illinois__
Date                                                       City and State

__Arlander Keys, U.S. Magistrate Judge__    __Arlander Keys__
Name & Title of Judicial Officer                       Signature of Judicial Officer

STATE OF ILLINOIS )
) ss
COUNTY OF COOK )

## AFFIDAVIT

I, Mark J. Prejsnar, being duly sworn, do hereby state and depose as follows:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed for approximately two years and seven months. I am currently assigned to the violent crimes squad of the FBI's Rolling Meadows office, North Resident Agency. My duties include the investigation of bank robberies and other violent crimes.

2. This affidavit is in support of a complaint charging JOHN CARL WILS with bank robbery in violation of Title 18 U.S.C. Section 2113(a). I make this affidavit from personal knowledge based upon my participation in this investigation, reports I have read, and conversations I have had with others who have personal knowledge of the events and circumstances described herein. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

### October 9, 2007 Robbery of Plaza Bank

3. On October 9, 2007, between approximately 12:30pm and 1:00pm, Plaza Bank, (the "Bank"), which was then federally insured by the Federal Deposit Insurance Corporation, (FDIC No. 18055) located at 379 S. River Road, Des Plaines, Illinois, was robbed by one Caucasian male. Approximately $2,310.00 in United States Currency ("USC") was taken from the Bank.

4. According to witness statements, a man, later identified as JOHN CARL WILS, approached the teller counter area and handed the victim bank employee ("VIC1") a yellow plastic bag that may have been labeled "Sprint." WILS told VIC1 to "fill it up" and specified $100 and $50

bills. After initially instructing VIC1 to "fill up" the bag, WILS pulled a surgical-styled mask over his face.

5.  At one point, WILS told VIC1 "more" and "don't be stupid." VIC1 also described that WILS was wearing a blue glove on at least one hand. The other hand was kept at his side or out of VIC1's view. VIC1 was afraid that WILS had a weapon in the hand that she could not see. VIC1 also described WILS as a white male, approximately 45 years of age, medium height, wearing a baseball cap, large sunglasses, blue jeans, and a gray-hooded sweatshirt.

6.  After VIC1 filled the bag with money, WILS took the bag, which contained approximately $2,310.00 in USC, and fled the bank.

7.  A second bank employee ("VIC2") was working at her desk at the time of the bank robbery. VIC2 saw WILS while he was standing at the teller counter robbing VIC1. After WILS left the Bank, VIC2 heard VIC1 yell out, "we've just been robbed." VIC2 looked out the bank window near her desk and saw WILS fleeing on foot to a car parked on the southwest side of the Bank's parking lot. The front of the vehicle was facing the Bank, and the vehicle had no front license plate. VIC2 described the vehicle as a black Toyota Camry or Toyota Solara, of an approximate model year in the mid-2000's. WILS entered the vehicle and fled the bank in a southeast direction on Rand Road.

8.  A review of the surveillance camera photographs from the Bank taken at the time of the robbery show a white male, wearing a baseball hat, sunglasses, a gray-hooded sweatshirt with an "Iowa" logo, a surgical mask, and a blue latex glove on at least one hand using a white and yellow plastic bag to obtain money from VIC1.

### Pre-Robbery Activity at Plaza Bank on October 8, 2007

9. VIC1, VIC2, and another bank employee indicated that a man had entered the Bank the day before the robbery. According to VIC2's statements, VIC2 and the man discussed the potential locations of the Bank's Automated Teller Machines ("ATM") in various zip codes in the Quad Cities area. A review of the Bank's computer by law enforcement agents revealed that the zip codes provided by the man were in the Moline, Illinois area.

10. While reviewing video surveillance of the robbery, VIC2 associated the man depicted as the robber with the man who visited the bank the day before the robbery on October 8, 2007. According to VIC2, the "Iowa" sweatshirt worn by the robber reminded her that the man who came to the bank on October 8, 2007, had asked about ATM locations in the Quad Cities area. VIC2 also recalled that the man who visited the bank on October 8, 2007, had also acted strangely during his approximately 30-minute long visit to the Bank.

### John Carl Wils's Confession to the October 9, 2007 Bank Robbery

11. Photographs from Bank surveillance cameras taken of the man requesting information on Bank ATM locations on October 8, 2007, and of the bank robbery on October 9, 2007, were sent to the Moline Police Department. A member of the Moline Police Department was able to identify the individual in the bank on October 8, 2007, as JOHN CARL WILS based on a pending local investigation of a domestic-related matter involving WILS.

12. The affiant's review of the State of Illinois' drivers license record for JOHN CARL WILS indicated that WILS is a white male, approximately 45 years of age (DOB 12/6/1961). In addition, the affiant's investigation into the Illinois Secretary of State's records showed that JOHN CARL WILS is the registered owner of a Toyota Coupe, model year 1999. A search of a public

source database showed that VIN number of the car registered to WILS is a Toyota Solara, model year 1999.

13. On October 30, 2007, officers from the Des Plaines Police Department traveled to Moline, Illinois and found WILS at his residence. The officers provided WILS with a verbal *Miranda* warning at his residence and asked to speak with him regarding the Plaza Bank robbery in Des Plaines, Illinois that occurred on October 9, 2007. WILS voluntarily and orally waived his *Miranda* rights and verbally confessed to the Plaza Bank robbery.

14. WILS was then taken to the East Moline Police Department where he was given his *Miranda* rights in writing. There, WILS voluntarily executed a written waiver of his *Miranda* rights and provided a written statement. In his written statement, WILS indicated that he went to the Bank the day before the robbery to "check it out." WILS stated that he spoke with a bank employee and looked up ATM locations with the bank employee. WILS also stated that he traveled to another location and stole a license plate to be used during the bank robbery after his meeting at the Bank. Also, WILS indicated that on the morning of the bank robbery, he placed a false 911 emergency call to "see response time and distract from my intentions at the Plaza Bank." Later, WILS stated that he drove to the Plaza Bank. WILS indicated that he was wearing gloves, a hat, glasses, and a mask when he entered the bank. WILS admitted approaching VIC1 and that he "gave her a yellow Sprint bag and asked her to fill it with 100's and 50's." WILS stated that after getting the bag back with cash from VIC1, he fled the bank, entered his car, and drove South on Rand Road to Interstate 294. WILS exited at an oasis on Interstate 294 and removed the stolen license plate from his vehicle and replaced it with his real license plates. WILS then got back on the Interstate and returned to the Quad Cities area near the Illinois and Iowa state borders.

15. WILS stated that on October 11th or 12th, 2007, he disposed of the sweatshirt, shoes, mask, and hat used in the bank robbery by throwing them into the Mississippi River in a plastic bag that was weighed down by rocks.

16. Based on the foregoing, I believe there exists probable cause to believe that JOHN CARL WILS, by force and violence, or by intimidation, took money belonging to and in the care, custody, control, management, and possession of Plaza Bank in Des Plaines, Illinois, a federally insured institution, in violation of Title 18 U.S.C. Section 2113(a).

Further affiant sayeth not,

Mark J. Prejsnar
Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN TO BEFORE ME
this 31st day of October, 2007.

ARLANDER KEYS
UNITED STATES MAGISTRATE JUDGE