## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 713 | **DATE** | 10/31/07 |
| **CASE TITLE** | USA vs. John Carl Wils. | | |

**DOCKET ENTRY TEXT**

Arrest warrant issued as to John Carl Wils.

| | | Courtroom Deputy Initials: | AC |
|---|---|---|---|