

# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 309.793.5778
FAX: 309.793.5878

OFFICE OF THE CLERK
40 POST OFFICE BUILDING
211 - 19TH STREET
ROCK ISLAND, ILLINOIS 61201

November 1, 2007

Clerk, U.S. District Court
U.S. Courthouse, 20th Floor
219 S. Dearborn St.
Chicago, IL 60604

**FILED**
NOV 05 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Re: USA v John Carl Wils
NDIL Case # 07-CR-713
Central Dist of IL Case # 07-6427M

Dear Clerk,

On 10/31/07, our Court held an initial appearance on the above named defendant. This defendant waived further hearing in our court and was ordered committed to your district by order of Magistrate Judge Thomas J. Shields. At this time, I am sending you certified copies of the documents in our file, consisting of:

    Waiver of Rule 5 Hearing
    Commitment to Another District
    Docket Sheet

Would you please acknowledge receipt of these documents on the enclosed copy of this letter and return it to us in the self-addressed stamped envelope that is enclosed?

Sincerely,

S/Denise Koester
Deputy in Charge

Enc.



# U.S. District Court
## CENTRAL DISTRICT OF ILLINOIS (Rock Island)
## CRIMINAL DOCKET FOR CASE #: 4:07-mj-06427-JAG All Defendants
### Internal Use Only

Case title: USA v. Wils

Date Filed: 10/31/2007
Date Terminated: 10/31/2007

Assigned to: Magistrate Judge John A. Gorman

### Defendant (1)

**John Carl Wils**
*TERMINATED: 10/31/2007*

represented by **Donovan S Robertson**
ROBERTSON & CONKLIN
100 17th Street, Suite 405
Rock Island, IL 61201
309-788-0471
Fax: 309-788-0480
Email: drobertson@cgslawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**
None

**Disposition**

**Highest Offense Level (Opening)**
None

**Terminated Counts**
None

**Disposition**

**Highest Offense Level (Terminated)**
None

**Complaints**
18:2113A.F On or about Oct. 9, 2007
Bank Robbery by force in violation of
18 USC 2113(a)

**Disposition**

, CLERK
D. Koester
DEPUTY CLERK
DISTRICT COURT
DISTRICT OF ILLINOIS
11/1/07

<a>
</a>


**Plaintiff**

USA            represented by    **John K Mehochko**
US ATTY
1830 2nd Avenue
Rock Island, IL 61201-8003
309-793-5884
Fax: 309-793-5895
Email: john.mehochko@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/31/2007 | 1 | Rule 5(c)(3) Documents Received as to John Carl Wils (DK, ilcd) (Entered: 10/31/2007) |
| 10/31/2007 |  | Arrest (Rule 5) of John Carl Wils (DK, ilcd) (Entered: 10/31/2007) |
| 10/31/2007 |  | Minute Entry for proceedings held before Mag. Judge Thomas J. Shields. Parties present in open court with Attys Mehochko/Robertson and dft personally for Initial Appearance in Rule 5(c)(3) Proceedings as to John Carl Wils held on 10/31/2007. Dft advised of charges and rights. Court will appoint Atty Donovan Robertson to represent this dft in this court. Atty Robertson is in open court and case proceeds. Dft waives identity hearing in open court. Govt is seeking detention. Dft will waive detention hearing in this court but wishes to have a detention hearing/preliminary exam in the NDIL. Court orders the dft committed to the NDIL and dft is remanded to the custody of the U.S. Marshal. (DK, ilcd) (Entered: 10/31/2007) |
| 10/31/2007 | 2 | WAIVER of Rule 5(c)(3) Hearings by John Carl Wils (DK, ilcd) (Entered: 10/31/2007) |
| 10/31/2007 | 3 | COMMITMENT TO ANOTHER DISTRICT Entered by Mag. Judge Thomas J. Shields on 10/31/07 as to John Carl Wils. Defendant committed to District of NDIL. (DK, ilcd) (Entered: 10/31/2007) |
| 10/31/2007 |  | (Court only) *** Terminated defendant John Carl Wils, pending deadlines, and motions. (DK, ilcd) (Entered: 10/31/2007) |
| 11/01/2007 | 4 | Letter to Clerk of NDIL along with certified copies of Waiver of Rule 5 hearing, Committment to Another District and docket sheet. (DK, ilcd) (Entered: 11/01/2007) |

E-FILED
Wednesday, 31 October, 2007  04:53:51 PM
Clerk, U.S. District Court, ILCD

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

**FILED**
OCT 3 1 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

V.

John Wils

Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: 07-6427M

CHARGING DISTRICTS
CASE NUMBER: 07-CR713

I understand that charges are pending in the **Northern** District of **Illinois** alleging violation of **18** **2113(a)** and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(X) identity hearing

( ) preliminary hearing

(X) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

S/John C. Wils

S/Donovan Robertson
Defense Counsel

10-31-07
Date

JOHN M. WATERS, CLERK
D. Koester
DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
11/1/07

AO 94 (Rev. 8/97) Commitment to Another District

E-FILED
Wednesday, 31 October, 2007 04:56:55 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
CENTRAL District of ILLINOIS

| UNITED STATES OF AMERICA<br>v.<br>John Wils | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 07-6427M | | | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment   ☐ Information   ☒ Complaint   ☐ Other (specify)

charging a violation of  18  U.S.C. § 2113(a)

FILED
OCT 3 1 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**DISTRICT OF OFFENSE**
Northern District of Illinois

**DESCRIPTION OF CHARGES:**

**CURRENT BOND STATUS:**
☐ Bail Fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:**  ☐ Retained Own Counsel   ☐ Federal Defender Organization   ☒ CJA Attorney   ☐ None

**Interpreter Required?**   ☒ No   ☐ Yes   Language:

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

October 31, 2007
Date

S/Thomas J. Shields
United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |