# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 713 - 1 | **DATE** | 11/15/2007 |
| **CASE TITLE** | USA vs. John Carl Wils | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant John Carl Wils appears in response to arrest on 11/15/07. Defendant informed of his rights. Enter order appointing Michael J Falconer of the Federal Defender Program as counsel for defendant. Government's oral motion for pretrial detention is granted. Detention hearing is set for 11/20/07 at 2:30 p.m. Defendant shall remain in custody pending further order of the court. The U.S.M.S. is directed to advise defendant's place of incarceration to provide medical attention for defendant. Defendant advised the Court he is currently taking **Protopic** for skin condition.

Docketing to mail notices.

00:10

3 cc USM

| | Courtroom Deputy Initials: | LXS |
|---|---|---|