U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of    Case Number:

U.S.
v.
JOHN EARL WILS    07 CR 713

FILED
NOV 15 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JOHN CARL WILS

RECEIVED
NOV 15 2007

MAGISTRATE JUDGE NAN R. NOLAN
UNITED STATES DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) | MICHAEL J. FALCONER |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ [signature] |
| FIRM | |
| STREET ADDRESS | 35 E. WACKER #650 |
| CITY/STATE/ZIP | CHICAGO, IL 60601 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 6185458 |
| TELEPHONE NUMBER | 312.236.7579 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | RETAINED COUNSEL ☐  APPOINTED COUNSEL ☒  CJA |