# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Nan R. Nolan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 713 - 1 | **DATE** | 11/20/2007 |
| **CASE TITLE** | USA vs. John Carl Wils | | |

**DOCKET ENTRY TEXT**

Defendant's counsel telephonically advised the Court that defendant waives detention. Defendant waives the detention hearing without prejudice to defendant's right to move at a later time for release on conditions. Defendant will remain in custody pending trial or until further order of the court. Detention hearing set for 11/20/07 is stricken.

Docketing to mail notices.

| | Courtroom Deputy Initials: | LXS |
|---|---|---|