FILED

DEC - 6 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

L.I.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **JUDGE KOCORAS** |
| | ) | No. 07 CR 713 |
| v. | ) | Violation: Title 18, United States Code |
| | ) | Section 2113(a) |
| JOHN CARL WILS | ) | **MAGISTRATE JUDGE KEYS** |
| | ) | |

The SPECIAL JUNE 2007 GRAND JURY charges:

On or about October 9, 2007, at Des Plaines, in the Northern District of Illinois, Eastern Division,

JOHN CARL WILS,

defendant herein, by force and violence, and by intimidation, did take from the person and presence of a bank employee approximately $2,310.00 in United States currency belonging to and in the care, custody, control, management, and possession of Plaza Bank, 379 S. River Road, Des Plaines, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY