**FILED**
DEC - 6 2007 #2
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Felony
L-I

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO ☐   YES X   If the answer is "Yes", list the case number and title of the earliest filed complaint:
   07 CR 713   U.S. v. John Carl Wils   Keys   **JUDGE KOCORAS**

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO X   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?   NO X   YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):   **MAGISTRATE JUDGE KEYS**

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO X   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO X   YES ☐

6) What level of offense is this indictment or information?   FELONY X   MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?   NO X   YES ☐

8) Does this indictment or information include a conspiracy count?   NO X   YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide ............. (II)
   ☐ Criminal Antitrust ...... (II)
   X Bank robbery ......... (II)
   ☐ Post Office Robbery .... (II)
   ☐ Other Robbery ........ (II)
   ☐ Assault .............. (III)
   ☐ Burglary ............. (IV)
   ☐ Larceny and Theft ..... (IV)
   ☐ Postal Embezzlement ... (IV)
   ☐ Other Embezzlement .... (III)

   ☐ Income Tax Fraud ...... (II)
   ☐ Postal Fraud .......... (II)
   ☐ Other Fraud .......... (III)
   ☐ Auto Theft ........... (IV)
   ☐ Transporting Forged Securities (III)
   ☐ Forgery .............. (III)
   ☐ Counterfeiting ........ (III)
   ☐ Sex Offenses ......... (II)
   ☐ DAPCA Marijuana ..... (III)
   ☐ DAPCA Narcotics ..... (III)

   ☐ DAPCA Controlled Substances ... (III)
   ☐ Miscellaneous General Offenses .. (IV)
   ☐ Immigration Laws ........ (IV)
   ☐ Liquor, Internal Revenue Laws ... (IV)
   ☐ Food & Drug Laws ........ (IV)
   ☐ Motor Carrier Act ........ (IV)
   ☐ Selective Service Act ...... (IV)
   ☐ Obscene Mail ........... (III)
   ☐ Other Federal Statutes ..... (III)
   ☐ Transfer of Probation Jurisdiction . (V)

10) List the statute of each of the offenses charged in the indictment or information.
    18 U.S.C. §2113(a)

Renai Rodney
Assistant United States Attorney

(Revised 12/99)