## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 713 | **DATE** | 12/11/2007 |
| **CASE TITLE** | US vs. John Carl Wils | | |

**DOCKET ENTRY TEXT**

Arraignment held on 12/11/2007. Defendant enters plea of not guilty to Count 1. Rule 16 Conference to be completed by 12/21/2007. Defendant is given to 1/7/2008 to file pretrial motions. Government's answers are due 1/14/2008. Status hearing set for 1/23/2008 at 9:30 a.m. In the interest of justice, 12/6/2007 to 1/23/2008 is excludable time under 18:3161(h)(8)(A)(B). (X-T)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | SCT |
|---|---|---|