# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                       Case No.: 1:07−cr−00713

                                         Honorable Charles P. Kocoras

John Carl Wils

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 31, 2008:

      MINUTE entry before the Honorable Charles P. Kocoras:Status hearing as to John Carl Wils held on 7/31/2008. Status hearing set for 9/4/2008 at 9:45 a.m. In the interest of justice, 7/31/2008 to 9/4/2008 is excludable time under 18:3161(h)(8)(A)(B). Mailed notice (sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.